[969 NE2d 779, 946 NYS2d 561]

In the Matter of DIANE L. SCHILLING.

Decided May 31, 2012

850

**APPEARANCES OF COUNSEL**

*E. Stewart Jones, Jr.,* Troy, for petitioner.

*Robert H. Tembeckjian,* New York City, for New York State Commission on Judicial Conduct.

**OPINION OF THE COURT**

On the Court's own motion, it is determined that Honorable Diane L. Schilling is suspended, with pay, effective immediately, from the office of Justice of the East Greenbush Town Court, Rensselaer County, pending disposition of her request for review of a determination by the State Commission on Judicial Conduct.

Concur: Judges CIPARICK, GRAFFEO, SMITH, PIGOTT and JONES. Taking no part: Chief Judge LIPPMAN and Judge READ.